**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tony Phillip Smith** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 18-00252 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:     Summarize Your Assets**

|  | **Your assets** Value of what you own |
|---|---|
| 1.    **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B. | $             385,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B. | $               31,724.83 |
| 1c. Copy line 63, Total of all property on Schedule A/B. | $             416,724.83 |

**Part 2:     Summarize Your Liabilities**

|  | **Your liabilities** Amount you owe |
|---|---|
| 2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $             354,462.75 |
| 3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.* | $                 8,564.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.* | $                 9,067.42 |
| **Your total liabilities** | $             372,094.17 |

**Part 3:     Summarize Your Income and Expenses**

| | |
|---|---|
| 4.    *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I.* | $                 2,237.33 |
| 5.    *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.* | $                 1,064.00 |

**Part 4:     Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☑    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1    **Tony Phillip Smith**                                    Case number *(if known)*  **18-00252**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. | $    **2,237.33**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 8,564.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 8,564.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tony Phillip Smith** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 18-00252 | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

1.1

**630 SMITH POND ROAD**
Street address, if available, or other description

| Lexington | SC | 29072-0000 |
|---|---|---|
| City | State | ZIP Code |

**Lexington**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DEBTORS RESIDENCE-630 SMITH POND ROAD, LEXINGTON SC 29072, LEXINGTON COUNTY, (4) BEDROOM HOUSE, TMS# (006300-01-033), TAX APPRAISAL VALUE ($218,380), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($230,000)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $230,000.00 | $230,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Tony Phillip Smith**                                                                  Case number *(if known)*    **18-00252**

---

1.2    **If you own or have more than one, list here:**

**222 OLD CHURCH ROAD**
Street address, if available, or other description

| **Lexington** | **SC** | **29072-0000** |
|---|---|---|
| City | State | ZIP Code |

**Lexington**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,000.00** | **$15,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**DEBTORS PROPERTY-LAND ONLY-222 OLD CHURCH ROAD, LEXINGTON SC 29072, LEXINGTON COUNTY, (1) ACRES LOT OF LAND, TMS# (006300-01-036), TAX APPRAISAL VALUE ($13,800), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($15,000)**

---

1.3    **If you own or have more than one, list here:**

**630 SMITH POND ROAD**
Street address, if available, or other description

| **Lexington** | **SC** | **29072-0000** |
|---|---|---|
| City | State | ZIP Code |

**Lexington**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$50,000.00** | **$50,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**DEBTORS PROPERTY-LAND ONLY-630 SMITH POND ROAD, LEXINGTON SC 29072, LEXINGTON COUNTY, (5) ACRES OF LAND, TMS# (006300-01-035), TAX APPRAISAL VALUE ($47,500), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($50,000)**

---

Debtor 1    **Tony Phillip Smith**                                    Case number *(if known)*    **18-00252**

---

**If you own or have more than one, list here:**

1.4

**117 OLD CHURCH ROAD**

Street address, if available, or other description

**Lexington**          **SC**    **29072-0000**

City          State    ZIP Code

**Lexington**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DEBTORS PROPERTY-LAND ONLY-117 OLD CHURCH ROAD, LEXINGTON SC 29072, LEXINGTON COUNTY, (2.43) ACRES LOT OF LAND, TMS# (006300-01-036), TAX APPRAISAL VALUE ($26,700), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($30,000)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$30,000.00**

Current value of the portion you own?    **$30,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.5

**OLD CHURCH ROAD**

Street address, if available, or other description

**Lexington**          **SC**    **29072-0000**

City          State    ZIP Code

**Lexington**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DEBTORS PROPERTY-LAND ONLY-OLD CHURCH ROAD, LEXINGTON SC 29072, LEXINGTON COUNTY, (8.5) ACRES LOT OF LAND, TMS# (006300-01-046), TAX APPRAISAL VALUE ($59,500), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($60,000)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$60,000.00**

Current value of the portion you own?    **$60,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..............................................=>

**$385,000.00**

**Part 2:**    **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Tony Phillip Smith**                                      Case number *(if known)*   **18-00252**

---

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: | **NEW HOLLAND** | |
| | Model: | **TC40D TRACTOR** | |
| | Year: | **2003** | |
| | Approximate mileage: | **800 HOURS** | |
| | Other information: | | |

**2003 NEW HOLLAND TC40D TRACTOR**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$15,000.00**

Current value of the portion you own?   **$15,000.00**

---

| | | | |
|---|---|---|---|
| 3.2 | Make: | **ZERO MOTORCYCLES INC** | |
| | Model: | **FX ZX2.8 MOTORCYCLE** | |
| | Year: | **2014** | |
| | Approximate mileage: | **785** | |
| | Other information: | | |

**2014 ZERO MOTORCYCLES, INC FX ZX5.7 MOTORCYCLE: VIN# (538XX4Z12ECC03887), NADA VALUE N/A, DEBTOR ESTIMATES VALUE AT ($5,000)**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.*

Current value of the entire property?   **$5,000.00**

Current value of the portion you own?   **$5,000.00**

---

| | | | |
|---|---|---|---|
| 3.3 | Make: | **EVS** | |
| | Model: | **EFORCE ATV** | |
| | Year: | **2010** | |
| | Approximate mileage: | **883** | |
| | Other information: | | |

**2010 EVS EFORCE ATV: ELECTRIC ATV COMPARIBLE TO 500CC ENGINE, NO NADA LISTING SINCE MADE BY PRIVATE COMPANY, DEBTOR ESTIMATES VALUE AT ($2,000)**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.*

Current value of the entire property?   **$2,000.00**

Current value of the portion you own?   **$2,000.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**   **$22,000.00**

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

Debtor 1    **Tony Phillip Smith**                                    Case number *(if known)*    **18-00252**

| | |
|---|---|
| HOUSEHOLD GOODS: COUCH, LOVESEAT, OTTOMAN, BOOKSHELF, TABLES, CHAIRS, BEDS, DRESSERS, MICROWAVE, REFRIGERATOR, STOVE, WASHER, DRYER, MOWER, WEEDEATER, PATIO FURNITURE, GRILL | **$2,000.00** |

**7. Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
        including cell phones, cameras, media players, games
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| HOUSEHOLD GOODS: TVS, DVD PLAYER, COMPUTER, PHONE | **$500.00** |

**8. Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| BOOKS | **$25.00** |

**9. Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
  ■ No
  ☐ Yes. Describe.....

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| FIREARMS: MARLIN 22 RIFLE | **$50.00** |

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| CLOTHING | **$450.00** |

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| JEWELRY | **$500.00** |

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ■ No
  ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ■ No
  ☐ Yes. Give specific information.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Tony Phillip Smith** | Case number *(if known)* | **18-00252** |
|---|---|---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

**$3,525.00**

---

**Part 4:** Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes....................................................................................................

|  |  | **CASH ON HAND** | **$45.00** |
|---|---|---|---|

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................      Institution name:

| 17.1. | **Checking** | **USAA: CHECKING ACCOUNT# (6948)** | **$223.52** |
|---|---|---|---|
| 17.2. | **Checking** | **BB&T: CHECKING ACCOUNT# (4680)** | **$2,000.00** |
| 17.3. | **Savings** | **BB&T: SAVINGS ACCOUNT# (7903)** | **$3.95** |
| 17.4. | **Checking** | **BB&T: CHECKING ACCOUNT# (6102)** | **$163.36** |
| 17.5. | **Checking** | **WELLS FARGO: CHECKING ACCOUNT# (5305)** | **$200.00** |
| 17.6. | **Savings** | **WELLS FARGO: SAVINGS ACCOUNT# (8566)** | **$200.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
      Name of entity:                              % of ownership:

---

Debtor 1    **Tony Phillip Smith**                                              Case number *(if known)*    18-00252

| | | |
|---|---|---|
| **PATHFINDER ATV, LLC: BUSINESS IS A LIMITED LIABILITY COMPANY OPERATING AS AN ELECTRIC ATV BUSINESS. BUSINESS WAS STARTED IN JUNE 2012 AND STILL OPEN BUT NOT IN OPERATION. BUSINESS IS LISTED WITH VIRGINIA SECRETARY OF STATES OFFICE. DEBTOR HAS A BUSINESS AGREEMENT WITH GEORGE DAVID NAUGHTON, WHO IS THE REGISTERED AGENT FOR THIS BUSINESS. PRESENT VALUE OF BUSINESS UNKNOWN** | 50 % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                            Type of account:                Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Tony Phillip Smith**                                    Case number *(if known)*    **18-00252**

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    |  | Company name: | Beneficiary: | Surrender or refund value: |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here**...............................................................................................................    | $2,835.83 |

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

                                                                    **Current value of the
                                                                    portion you own?**
                                                                    Do not deduct secured
                                                                    claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes. Describe.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Tony Phillip Smith** | Case number *(if known)* | **18-00252** |
|---|---|---|---|

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes.  Describe.....

| TOOLS OF THE TRADE: COMPUTER, PRINTER, IPAD, FILE CABINET, DESK, CHAIR, ROUTER, SAWS, NAIL GUN, DRILL, TOOLS, SPRAYER, PRESSURE WASHER | $3,364.00 |
|---|---|

41. **Inventory**
    ■ No
    ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:                                % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ■ No
        ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**......................................................................................................

| | $3,364.00 |
|---|---|

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | $0.00 |
|---|---|

| Debtor 1 | **Tony Phillip Smith** | Case number *(if known)* | **18-00252** |
| --- | --- | --- | --- |

| **Part 8:** | List the Totals of Each Part of this Form |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 55. | **Part 1: Total real estate, line 2** ................................................................................................................. | | **$385,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$22,000.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$3,525.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$2,835.83** | |
| 59. | **Part 5: Total business-related property, line 45** | **$3,364.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$31,724.83** | Copy personal property total $31,724.83 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$416,724.83** |

Case 18-00252-dd   Doc 11   Filed 02/20/18   Entered 02/20/18 08:40:55   Desc Main
Document   Page 13 of 60

# COUNTY OF LEXINGTON
## SOUTH CAROLINA

ONLINE SERVICES

SITE MAP

CONTACT US

**Data last updated: 01/11/2018**

TMS#:006300-01-033 [Show Map]
TAX YEAR:2018
OWNER:SMITH, TONY
ADDRESS:630 SMITH POND RD
LEXINGTON, SC 29072
PROPERTY ADDRESS:630 SMITH POND ROAD
LEGAL DESCRIPTION:W/S SMITH POND RD E/S OLD CHURCH RD
DEED BOOK & PAGE:5480-9
PLAT:288-551
LAND USE:1001:RESIDENTIAL - IMPROVED
TAX DISTRICT:1

## ASSESSMENT INFORMATION
LOTS:
ACRES:1
TAXABLE LAND:11000
TAXABLE BUILDING:207380
ASSESSMENT LAND:440
ASSESSMENT BUILDING:8300
HOMESTEAD EXEMPT ASSESSMENT:0
TAX RELIEF EXEMPT ASSESSMENT:8740

## BUILDING INFORMATION
SQUARE FOOT LIVING AREA:2311
UNFINISHED AREA:
YEAR BUILT:2002
NUMBER OF BEDROOMS:3
NUMBER OF FULL BATHS:2
NUMBER OF HALF BATHS:
HEATING SYSTEM:
HEAT: HT AND AIR-CENTRAL HEAT AND AIR

## SALES INFORMATION

| SALE DATE | SELLER | BUYER | PRICE | BOOK/PAGE |
|-----------|--------|-------|-------|-----------|
| 10/07/1999 | SMITH BONNIE D | SMITH TONY | 5 | 5480-9 |

CAMA Property Card

# COUNTY OF LEXINGTON
SOUTH CAROLINA

ONLINE SERVICES

SITE MAP

CONTACT US

Data last updated: 01/11/2018

TMS#:006300-01-036 | Show Map |
TAX YEAR:2018
OWNER:SMITH, TONY P
ADDRESS:630 SMITH POND RD
LEXINGTON, SC 29072
PROPERTY ADDRESS:222 OLD CHURCH ROAD
LEGAL DESCRIPTION:NONE
DEED BOOK & PAGE:8655-313
PLAT:8655-312
LAND USE:1001:RESIDENTIAL - IMPROVED
TAX DISTRICT:1

### ASSESSMENT INFORMATION
LOTS:
ACRES:1
TAXABLE LAND:11000
TAXABLE BUILDING:2800
ASSESSMENT LAND:660
ASSESSMENT BUILDING:170
HOMESTEAD EXEMPT ASSESSMENT:0
TAX RELIEF EXEMPT ASSESSMENT:0

### BUILDING INFORMATION
SQUARE FOOT LIVING AREA:
UNFINISHED AREA:
YEAR BUILT:
NUMBER OF BEDROOMS:
NUMBER OF FULL BATHS:
NUMBER OF HALF BATHS:
HEATING SYSTEM:
HEAT:

### SALES INFORMATION

| SALE DATE | SELLER | BUYER | PRICE | BOOK/PAGE |
|---|---|---|---|---|
| 09/12/2003 | SMITH, BONNIE D | SMITH, TONY P | 0 | 8655-313 |

# COUNTY OF LEXINGTON
SOUTH CAROLINA

ONLINE SERVICES

SITE MAP

CONTACT US

**Data last updated: 01/11/2018**

TMS#:006300-01-035 [ Show Map ]
TAX YEAR:2018
OWNER:SMITH, TONY P
ADDRESS:630 SMITH POND RD
LEXINGTON, SC 29072
PROPERTY ADDRESS:SMITH POND ROAD
LEGAL DESCRIPTION:
DEED BOOK & PAGE:8655-313
PLAT:8655-311
LAND USE:0002:RURAL - UNIMPROVED
TAX DISTRICT:1

| ASSESSMENT INFORMATION | | BUILDING INFORMATION | |
|---|---|---|---|
| LOTS: | | SQUARE FOOT LIVING AREA: | |
| ACRES: | 5 | UNFINISHED AREA: | |
| TAXABLE LAND: | 47500 | YEAR BUILT: | |
| TAXABLE BUILDING: | 0 | NUMBER OF BEDROOMS: | |
| ASSESSMENT LAND: | 2090 | NUMBER OF FULL BATHS: | |
| ASSESSMENT BUILDING: | 0 | NUMBER OF HALF BATHS: | |
| HOMESTEAD EXEMPT ASSESSMENT: | 0 | HEATING SYSTEM: | |
| TAX RELIEF EXEMPT ASSESSMENT: | 1520 | HEAT: | |

### SALES INFORMATION

| SALE DATE | SELLER | BUYER | PRICE | BOOK/PAGE |
|---|---|---|---|---|
| 09/12/2003 | SMITH, BONNIE D | SMITH, TONY P | 5 | 8655-313 |

COUNTY OF LEXINGTON
S O U T H   C A R O L I N A

ONLINE SERVICES

SITE MAP

CONTACT US

**Data last updated: 01/11/2018**

TMS#:006300-01-051   Show Map
TAX YEAR:2018
OWNER:SMITH, TONY PHILLIP
ADDRESS:630 SMITH POND RD
LEXINGTON, SC 29072
PROPERTY ADDRESS:117 OLD CHURCH ROAD
LEGAL DESCRIPTION:HAZEL SMITH S/D LOT 12
DEED BOOK & PAGE:14171-138
PLAT:14104-189
LAND USE:0001:RESIDENTIAL - UNIMPROVED
TAX DISTRICT:1

| ASSESSMENT INFORMATION | | BUILDING INFORMATION | |
|---|---|---|---|
| LOTS: | | SQUARE FOOT LIVING AREA: | |
| ACRES:2.43 | | UNFINISHED AREA: | |
| TAXABLE LAND:26700 | | YEAR BUILT: | |
| TAXABLE BUILDING:0 | | NUMBER OF BEDROOMS: | |
| ASSESSMENT LAND:10 | | NUMBER OF FULL BATHS: | |
| ASSESSMENT BUILDING:0 | | NUMBER OF HALF BATHS: | |
| HOMESTEAD EXEMPT ASSESSMENT:0 | | HEATING SYSTEM: | |
| TAX RELIEF EXEMPT ASSESSMENT:0 | | HEAT: | |

### SALES INFORMATION

| SALE DATE | SELLER | BUYER | PRICE | BOOK/PAGE |
|---|---|---|---|---|
| 03/31/2010 | SMITH, HAZEL K | SMITH, TONY PHILLIP | 5 | 14171-138 |

1/19/2018                                           CAMA Property Card

Case 18-00252-dd    Doc 11    Filed 02/20/18    Entered 02/20/18 08:40:55    Desc Main
COUNTY OF LEXINGTON Document    Page 17 of 60
S O U T H   C A R O L I N A

**Data last updated: 01/11/2018**

TMS#:**006300-01-046**  Show Map
TAX YEAR:**2018**
OWNER:**SMITH, TONY PHILLIP**
ADDRESS:**630 SMITH POND RD**
**LEXINGTON, SC 29072**
PROPERTY ADDRESS:**OLD CHURCH ROAD**
LEGAL DESCRIPTION:**HAZEL SMITH S/D LOT 7**
DEED BOOK & PAGE:**14171-138**
PLAT:**14104-189**
LAND USE:**0002:RURAL - UNIMPROVED**
TAX DISTRICT:**1**

| ASSESSMENT INFORMATION | | BUILDING INFORMATION | |
|---|---|---|---|
| LOTS: | | SQUARE FOOT LIVING AREA: | |
| ACRES:8.5 | | UNFINISHED AREA: | |
| TAXABLE LAND:59500 | | YEAR BUILT: | |
| TAXABLE BUILDING:0 | | NUMBER OF BEDROOMS: | |
| ASSESSMENT LAND:50 | | NUMBER OF FULL BATHS: | |
| ASSESSMENT BUILDING:0 | | NUMBER OF HALF BATHS: | |
| HOMESTEAD EXEMPT ASSESSMENT:0 | | HEATING SYSTEM: | |
| TAX RELIEF EXEMPT ASSESSMENT:0 | | HEAT: | |

**SALES INFORMATION**

| SALE DATE | SELLER | BUYER | PRICE | BOOK/PAGE |
|---|---|---|---|---|
| 03/31/2010 | SMITH, HAZEL K | SMITH, TONY PHILLIP | 5 | 14171-138 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tony Phillip Smith** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 18-00252 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                        4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **DEBTORS RESIDENCE-630 SMITH POND ROAD, LEXINGTON SC 29072, LEXINGTON COUNTY, (4) BEDROOM HOUSE, TMS# (006300-01-033), TAX APPRAISAL VALUE ($218,380), SEE ATTACHED TAX APPRAISAL**<br><br>**DEBTOR ESTIMATES VALUE AT ($230,000)**<br>Line from *Schedule A/B*: **1.1** | $230,000.00 | ■ $53,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(1)(a) |
| **DEBTORS PROPERTY-LAND ONLY-630 SMITH POND ROAD, LEXINGTON SC 29072, LEXINGTON COUNTY, (5) ACRES OF LAND, TMS# (006300-01-035), TAX APPRAISAL VALUE ($47,500), SEE ATTACHED TAX APPRAISAL**<br><br>**DEBTOR ESTIMATES VALUE AT ($50,000)**<br>Line from *Schedule A/B*: **1.3** | $50,000.00 | ■ $5,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Tony Phillip Smith** | | Case number (if known) | **18-00252** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **HOUSEHOLD GOODS: COUCH, LOVESEAT, OTTOMAN, BOOKSHELF, TABLES, CHAIRS, BEDS, DRESSERS, MICROWAVE, REFRIGERATOR, STOVE, WASHER, DRYER, MOWER, WEEDEATER, PATIO FURNITURE, GRILL**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■ | $2,000.00 | S.C. Code Ann. § 15-41-30(A)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **HOUSEHOLD GOODS: TVS, DVD PLAYER, COMPUTER, PHONE**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ | $500.00 | S.C. Code Ann. § 15-41-30(A)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **BOOKS**<br>Line from *Schedule A/B*: **8.1** | $25.00 | ■ | $25.00 | S.C. Code Ann. § 15-41-30(A)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **FIREARMS: MARLIN 22 RIFLE**<br>Line from *Schedule A/B*: **10.1** | $50.00 | ■ | $50.00 | S.C. Code Ann. § 15-41-30(A)(15) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $450.00 | ■ | $450.00 | S.C. Code Ann. § 15-41-30(A)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **JEWELRY**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ | $500.00 | S.C. Code Ann. § 15-41-30(A)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **TOOLS OF THE TRADE: COMPUTER, PRINTER, IPAD, FILE CABINET, DESK, CHAIR, ROUTER, SAWS, NAIL GUN, DRILL, TOOLS, SPRAYER, PRESSURE WASHER**<br>Line from *Schedule A/B*: **40.1** | $3,364.00 | ■ | $1,775.00 | S.C. Code Ann. § 15-41-30(A)(6) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tony Phillip Smith** |
| | First Name          Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 18-00252 |
| (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A** Amount of claim. Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|
| **2.1  BB&T** Creditor's Name | **Describe the property that secures the claim:** DEBTORS PROPERTY-LAND ONLY-630 SMITH POND ROAD: TO BE PAID IN PLAN | $25,500.00 | $50,000.00 | $0.00 |

PO BOX 1847
Wilson, NC 27894

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   Mortgage

| Date debt was incurred | **11/07** | Last 4 digits of account number | **9006** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **2.2  BB&T** Creditor's Name | **Describe the property that secures the claim:** ALL REAL PROPERTY: TO BE PAID IN PLAN | $3,985.21 | $385,000.00 | $0.00 |

PO BOX 1847
Wilson, NC 27894

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Date debt was incurred | **1/13** | Last 4 digits of account number | **7001** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Tony Phillip Smith**

First Name          Middle Name          Last Name

Case number (*if know*)    **18-00252**

---

| 2.3 | **BB&T** | Describe the property that secures the claim: | $4,977.54 | $385,000.00 | $0.00 |

Creditor's Name

**ALL REAL PROPERTY: TO BE PAID IN PLAN**

**PO BOX 1847
Wilson, NC 27894**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **1/14**       Last 4 digits of account number    **3401**

---

| 2.4 | **SETERUS** | Describe the property that secures the claim: | $320,000.00 | $230,000.00 | $90,000.00 |

Creditor's Name

**DEBTORS RESIDENCE-630 SMITH POND ROAD, LEXINGTON SC 29072: ARREARAGE TO BE ADDRESSED THROUGH LOAN MODIFICATION**

**14523 S.W. MILLIKAN WAY, STE 200
Beaverton, OR 97005**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred   **12/06**       Last 4 digits of account number    **0798**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $354,462.75 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $354,462.75 |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code
**LEXINGTON COUNTY CLERK OF COURT
205 EAST MAIN STREET
ATTN: BETH CARRIGG
Lexington, SC 29072**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

---

Debtor 1    **Tony Phillip Smith**                                                                Case number (if know)    **18-00252**
_____
First Name            Middle Name            Last Name

☐ Name, Number, Street, City, State & Zip Code
**LEXINGTON COUNTY CLERK OF COURT**
**205 EAST MAIN STREET**
**ATTN: BETH CARRIGG**
**Lexington, SC 29072**

On which line in Part 1 did you enter the creditor?    **2.2**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**LEXINGTON COUNTY CLERK OF COURT**
**205 EAST MAIN STREET**
**ATTN: BETH CARRIGG**
**Lexington, SC 29072**

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**LEXINGTON COUNTY MASTER IN EQUITY**
**139 MAIN STREET**
**Lexington, SC 29072**

On which line in Part 1 did you enter the creditor?    **2.4**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**SCOTT AND CORLEY, PA**
**2712 MIDDLEBURG DRIVE**
**SUITE 200**
**Columbia, SC 29204**

On which line in Part 1 did you enter the creditor?    **2.4**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**SMITH DEBNAM**
**PO BOX 26268**
**Raleigh, NC 27611-6268**

On which line in Part 1 did you enter the creditor?    **2.2**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**SMITH DEBNAM**
**PO BOX 26268**
**Raleigh, NC 27611-6268**

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number ___

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tony Phillip Smith** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 18-00252 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **IRS** | Last 4 digits of account number  **9928** | **$5,967.00** | **$5,967.00** | **$0.00** |
| | Priority Creditor's Name | | | | |

**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify          **Federal Taxes**

Debtor 1    **Tony Phillip Smith**                                      Case number (if know)    **18-00252**

---

| 2.2 | **LEXINGTON COUNTY** | | | |
| | **TREASURER** | Last 4 digits of account number  **9928** | **$2,230.00** | **$2,230.00** | **$0.00** |
| | Priority Creditor's Name | | | |
| | **212 S. LAKE DRIVE** | When was the debt incurred?  **2017** | | |
| | **Lexington, SC 29072** | | | |

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify     **Property Taxes**

---

| 2.3 | **SC DEPT OF REVENUE** | Last 4 digits of account number  **9928** | **$367.00** | **$367.00** | **$0.00** |
| | Priority Creditor's Name | | | |
| | **PO BOX 12265** | When was the debt incurred?  **2016** | | |
| | **Columbia, SC 29211** | | | |

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify     **State Taxes**

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Tony Phillip Smith**

Case number (if know)    **18-00252**

---

| 4.1 | **BANK OF AMERICA** | Last 4 digits of account number    **4568** | **$5,076.00** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**PO BOX 982238
El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **7/02**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Line of Credit**

---

| 4.2 | **BB&T** | Last 4 digits of account number    **1765** | **$404.42** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**PO BOX 1847
Wilson, NC 27894**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Overdraft**

---

| 4.3 | **CHASE** | Last 4 digits of account number    **0393** | **$1,575.00** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**PO BOX 15298
Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **6/08**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Line of Credit**

---

Debtor 1    **Tony Phillip Smith**                                                                Case number (if know)    **18-00252**

---

| 4.4 | **GEORGE DAVID NAUGHTON** | Last 4 digits of account number | **9928** | **$0.00** |

Nonpriority Creditor's Name

**109 SOUTHHAMPTON COURT**
**Blacksburg, VA 24060**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

Is the claim subject to offset?

■ No
□ Yes

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

| 4.5 | **LOWES** | Last 4 digits of account number | **6835** | **$995.00** |

Nonpriority Creditor's Name

**PO BOX 530970**
**Atlanta, GA 30353**

When was the debt incurred?    **1/01**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

Is the claim subject to offset?

■ No
□ Yes

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.6 | **PATHFINDER ATV LLC** | Last 4 digits of account number | **9928** | **$0.00** |

Nonpriority Creditor's Name

**109 SOUTHHAMPTON COURT**
**Blacksburg, VA 24060**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

Is the claim subject to offset?

■ No
□ Yes

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

Debtor 1    **Tony Phillip Smith**
Case number (if know)    **18-00252**

---

| 4.7 | **PNC BANK** | | Last 4 digits of account number | **8541** | | **$833.00** |

Nonpriority Creditor's Name
**PO BOX 856177**
**Louisville, KY 40285**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **6/08**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Line of Credit**

---

| 4.8 | **VERIZON** | | Last 4 digits of account number | **0001** | | **$84.00** |

Nonpriority Creditor's Name
**PO BOX 26055**
**Minneapolis, MN 55426**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **10/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

| 4.9 | **WINDSTREAM** | | Last 4 digits of account number | **8062** | | **$100.00** |

Nonpriority Creditor's Name
**PO BOX 9001908**
**Louisville, KY 40290**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **1/02**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**ATTORNEY GENERAL OF UNITED STATES**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.1** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Tony Phillip Smith** | | | Case number (if know) | **18-00252** |
|---|---|---|---|---|---|

**950 PENNSYLVANIA AVE, NW**
**Washington, DC 20530-0001**

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US ATTORNEY'S OFFICE** | Line **2.1** of (Check one): |
| **ATTN DOUG BARNETT** | ☑ Part 1: Creditors with Priority Unsecured Claims |
| **1441 MAIN ST STE 500** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Columbia, SC 29201** | |

Last 4 digits of account number

---

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ | 8,564.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 8,564.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ | 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 9,067.42 |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 9,067.42 |

**Fill in this information to identify your case:**

| Debtor 1 | **Tony Phillip Smith** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 18-00252 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tony Phillip Smith** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 18-00252 |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number          Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number          Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Tony Phillip Smith** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **18-00252** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| 1. | **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | | **Occupation** | BROKER | |
| | Include part-time, seasonal, or self-employed work. | **Employer's name** | TS REAL ESTATE SERVICES | |
| | | **Employer's address** | 630 SMITH POND ROAD Lexington, SC 29072 | |
| | Occupation may include student or homemaker, if it applies. | **How long employed there?** | 15 YEARS | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $          0.00 | $          N/A |

Debtor 1  **Tony Phillip Smith**        Case number (*if known*)   **18-00252**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

| | | | |
|---|---|---|---|
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 2,237.33 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

| | | | |
|---|---|---|---|
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,237.33 | $ N/A |

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10.   $ 2,237.33   + $ N/A   = $ 2,237.33

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____     11. +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12.   $ 2,237.33

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:  **DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO INCOME WITHIN THE NEXT YEAR. INCOME AND THE B122 REFLECTS INCOME RECEIVED FROM JULY 2017 TO DECEMBER 2017 AS THIS IS A GOOD INDICATOR OF BUSINESS INCOME.**

# Moss & Associates

## Attorneys, P.A.

### Charleston ♦ Columbia ♦ Greenville

816 Elmwood Avenue
Columbia, South Carolina 29201

Telephone (803) 933-0202                                      Facsimile (803) 933-9941

### Business Questionnaire

Name: __Tony Smith__

Home Number: __803·413· 8459__

Work Number: __Same__

Other Number: __——__

Date: __12/28/2017__

Business Address

__630 Smith Pond Road__

__Lexington SC 29072__

1. Are you presently self-employed?   Yes ✓ No___

2. What business are you in?   __Real Estate & Construction__

3. What is the name of your business?   __TS Real Estate Services__

4. When was your business formed?   __2 / 20/ 2003__

5. Is your business incorporated? Yes___ No ✓ If Yes, what type...i.e. S-Corp_____

6. Do you have any employees? Yes___          No ✓

7. Does your business have any W-2 employees?   Yes___   No ✓
   State their names and relationship to yourself, if any:
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____

8. Are you current in your payroll taxes?   Yes___ No___   (If no, please list the taxes owed
and the amounts)        __N A__
_____
_____
_____

9.   Do you have accounts receivable?   Yes_____ No ✓ (If yes, provide a separate list of your accounts receivable including the name of the payer, the amount due, the date first due, and any reason why the debt is not collectable.)

10.   Do you have any inventory?   Yes_____ No ✓ ** If yes, please list the year, make, model and estimated liquidation value ( the value of what an item would cost if it were lost, destroyed, or one of the equivalent value were to take its place) of **all** of your tools, equipment, vehicles, and machinery.   Also list the date purchased, the purchase price, and the name and address of any lien holder as well as the amount of the lien:

| Description of the item | year/make/model number | estimated liquidation value | Date of Purchase | Price of purchase | lien holder and amount |
|---|---|---|---|---|---|
| NEW HOLLAND | 2003 TC40D | 15000 | 2003 | 25,000 | NONE |
| JOHN DEERE | PRESSURE WASHER | 500 | 2012 | 1500 | NONE |
| ROUTER | DEWALT | 100 | 2010 | 200 | NONE |
| MITER SAW | DEWALT | 100 | 2007 | 250 | NONE |
| TABLE SAW | DEWALT | 100 | 2007 | 295 | NONE |
| NAIL GUN | BOSTITCH | 50 | 2007 | 179 | NONE |
| ROUTER TABLE | KREG | 50 | 2015 | 200 | NONE |
| TABLE DRILL | | 50 | 2007 | 100 | NONE |
| CORDLESS TOOLS | DEWALT | 200 | 2012 | 500 | NONE |
| SPRAYER | WAGNER | 50 | 2001 | 150 | NONE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

** If you have further inventory to list, please provide additional sheets as attachments.

11. Does your business owe any federal or state taxes?  Yes_____ No_____  If Yes, give the
following:  SOLE PROPRIETOR

        Federal $_____ Years_____
        State   $_____ Years_____

12. Who has possession of the books and records of the business?
        Name: _____MYSELF_____
        Address: _____
        _____
        _____

13. What is the name and address of your tax preparer?
        Name: _____MYSELF_____
        Address: _____
        _____
        _____

14. Do you have a current business license? Yes ✓ No_____ (Please provide a copy)

15. Do you have business liability insurance? Yes_____ No ✓
        **If Yes, please provide a Policy Declaration page; if No, please be advised that you are
        required to obtain adequate insurance to protect the estate from any liability.**

16.  Do you anticipate incurring post-petition trade credit or other business debt?
        (After the filing of your bankruptcy, do you believe that you will incur any additional
        credits or debts?)  Yes_____ No ✓

        * If you answered No to question #16, please provide the following:
          a.  2011 and 2012 state and federal tax returns, including all supporting statements
          b.  Monthly profit and loss statements on the form provided for the two previous (2)
              calendar months
          c.  A statement of projected income expenses for the business on the form provided.

        * If you answered Yes to question #16, please provide the following:
          a.  2011 and 2012 state and federal tax returns, including all supporting statements
          b.  Monthly profit and loss statements on the form provided for the two previous (2)
              calendar months
          c.  A statement of projected income expenses for the business on the form provided
          d.  Copies of all financial statements furnished to a third party within the last two (2)
              years preceding the filing of the petition, including, but not limited to the balance
              sheet, income statement, and cash flow statement.

**If you answer yes to Question #16, please also be advised that during the pendency of your
Bankruptcy case, you must also file profit and loss statements on a monthly basis with the Clerk
of the Bankruptcy Court <u>and</u> send copies to the office of the United States Trustee whom assigned
to your case

## IMPORTANT NOTICE

Please be advised that the following actions may not be taken by any self-employed debtor without a specific court authorization including but not limited to: use of cash collateral, post-petition employment of an attorney, accountant, or any other professional, payment of pre-petition wages or salary- with the exception that you may pay wages not exceeding $4,300 per person owing for the pay period just prior to your bankruptcy; payment of any other unsecured pre-petition debt, borrowing money of incurring deb, or selling of property other than in the ordinary course of business.

Furthermore, it is also imperative that you understand that it is your responsibility to maintain adequate records regarding the business and to maintain insurance required by state law, federal law, or the term of any agreement with a third party. The trustee **will not** be responsible for, nor will he obtain, any such insurance. Thank you for your cooperation in this matter.

# PROFIT & LOSS STATEMENT

Month __JANUARY__    Year __2017__

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1.  Gross Receipts or Sales.................................................................. $ **880**
2.  Cost of Goods Sold:
    2a)    Purchases                           $_____
    2b)    Cost of Labor                       $_____
           (do not include employee salaries)
    2c)    Materials & Supplies               $_____        $_____
3.  Gross Profit (subtract line 2 from line 1) ...................... $_____
4.  Other Income                                              .............$_____
5.  Gross Income(add lines 3&4) ...............................$ **880**

EXPENSES (do not list chapter 13 plan payment)

6.  Business Property Rent/Lease.............................................. $_____
7.  Salaries and Wages of Employees..................................... $_____
8.  Employee Benefits............................................................. $_____
9.  Equipment Lease Payments................................................ $_____
10. Secured Debt Payments..................................................... $_____
11. Supplies (not included in 2(c))........................................... $_____
12. Utilities.............................................................................. $ **45**
13. Telephone.......................................................................... $ **158**
14. Repairs & Maintenance..................................................... $_____
15. Miscellaneous Office Expense........................................... $ **18**
16. Advertising........................................................................ $_____
17. Travel & Entertainment.................................................... $_____
18. Professional Fees.............................................................. $_____
    Name_____   Purpose_____       $_____
19. Insurance:
    19 a) Liability                            $_____
    19 b) Property                            $_____
    19 c) Vehicle                             $_____
    19 d) Worker's Compensation    $_____
    19 e) Other_____             $_____        $_____

20. Taxes:
    20 a) Payroll                             $_____
    20 b) Sales                               $_____
    20 c) Other                              $_____        $_____

21. Total Expenses (add lines 6-20)                    $ **221**

    TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)   $ **659**

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date __12/28/17__                    Debtors: _____

# PROFIT & LOSS STATEMENT

Month _FEB_____    Year _2017_____

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1.  Gross Receipts or Sales........................................................ $ 2,460
2.  Cost of Goods Sold:
    2a)    Purchases                          $_____
    2b)    Cost of Labor                      $_____
           (do not include employee salaries)
    2c)    Materials & Supplies               $_____        $_____
3.  Gross Profit (subtract line 2 from line 1)  .....................  $_____
4.  Other Income                                .....................  $_____
5.  Gross Income(add lines 3&4)                 .....................  $ 2,460

EXPENSES (do not list chapter 13 plan payment)

6.  Business Property Rent/Lease.............................................  $_____
7.  Salaries and Wages of Employees.........................................  $_____
8.  Employee Benefits.......................................................  $_____
9.  Equipment Lease Payments................................................  $_____
10. Secured Debt Payments...................................................  $_____
11. Supplies (not included in 2(c))........................................  $ 300
12. Utilities..............................................................  $ 45
13. Telephone..............................................................  $ 160
14. Repairs & Maintenance..................................................  $_____
15. Miscellaneous Office Expense...........................................  $_____
16. Advertising............................................................  $_____
17. Travel & Entertainment.................................................  $_____
18. Professional Fees......................................................  $_____
    Name_____    Purpose_____                          $_____
19. Insurance:
    19 a) Liability                        $_____
    19 b) Property                         $_____
    19 c) Vehicle                          $_____
    19 d) Worker's Compensation            $_____
    19 e) Other_____                $_____        $_____

20. Taxes:
    20 a) Payroll                          $_____
    20 b) Sales                            $_____
    20 c) Other                            $_____        $_____

21. Total Expenses (add lines 6-20)                            $ 505

    TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)   $ 1,955

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date _12/28/2017_____        Debtors: _____

## PROFIT & LOSS STATEMENT

Month MARCH                Year 2017

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1. Gross Receipts or Sales.................................................................... $ 1050
2. Cost of Goods Sold:
   2a)    Purchases                                    $ _____
   2b)    Cost of Labor                                $ _____
   (do not include employee salaries)
   2c)    Materials & Supplies                         $ _____        $ _____
3. Gross Profit (subtract line 2 from line 1)                            $ _____
4. Other Income                                                           $ _____
5. Gross Income(add lines 3&4)                                           $ 1050

EXPENSES (do not list chapter 13 plan payment)

6. Business Property Rent/Lease................................................ $ _____
7. Salaries and Wages of Employees........................................ $ _____
8. Employee Benefits................................................................ $ _____
9. Equipment Lease Payments.................................................. $ _____
10. Secured Debt Payments...................................................... $ _____
11. Supplies (not included in 2(c))............................................ $ 155
12. Utilities................................................................................ $ 45
13. Telephone........................................................................... $ 193
14. Repairs & Maintenance....................................................... $ _____
15. Miscellaneous Office Expense............................................. $ 41
16. Advertising.......................................................................... $ _____
17. Travel & Entertainment........................................................ $ _____
18. Professional Fees................................................................ $ _____
    Name_____  Purpose_____       $ _____
19. Insurance:
    19 a) Liability                                  $ _____
    19 b) Property                                  $ _____
    19 c) Vehicle                                   $ _____
    19 d) Worker's Compensation                     $ _____
    19 e) Other_____                     $ _____        $ _____

20. Taxes:
    20 a) Payroll                                   $ _____
    20 b) Sales                                     $ _____
    20 c) Other                                     $ _____        $ _____

21. Total Expenses (add lines 6-20)                       $ 434

    TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)    $ 616

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date 12/28/2017                    Debtors: _____

# PROFIT & LOSS STATEMENT

Month __APRIL_____    Year __2017_____

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

| | | | |
|---|---|---|---|
| 1. | Gross Receipts or Sales.................................................................... | | $ 1150 |
| 2. | Cost of Goods Sold: | | |
| | 2a)        Purchases | $_____ | |
| | 2b)        Cost of Labor | $_____ | |
| | (do not include employee salaries) | | |
| | 2c)        Materials & Supplies | $_____ | $_____ |
| 3. | Gross Profit (subtract line 2 from line 1) | | $_____ |
| 4. | Other Income | | $_____ |
| 5. | Gross Income(add lines 3&4) | | $ 1,150 |

EXPENSES (do not list chapter 13 plan payment)

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease................................................. | $_____ |
| 7. | Salaries and Wages of Employees........................................... | $_____ |
| 8. | Employee Benefits................................................................. | $_____ |
| 9. | Equipment Lease Payments..................................................... | $_____ |
| 10. | Secured Debt Payments.......................................................... | $_____ |
| 11. | Supplies (not included in 2(c))................................................ | $_____ |
| 12. | Utilities.................................................................................. | $ 45 |
| 13. | Telephone............................................................................... | $ 179 |
| 14. | Repairs & Maintenance........................................................... | $_____ |
| 15. | Miscellaneous Office Expense................................................. | $ 25 |
| 16. | Advertising............................................................................. | $_____ |
| 17. | Travel & Entertainment.......................................................... | $_____ |
| 18. | Professional Fees.................................................................... | $ 325 |
| | Name __MLS SYSTEM__    Purpose __REAL ESTATE MARKETING__ | $_____ |
| 19. | Insurance: | |
| | 19 a) Liability | $_____ |
| | 19 b) Property | $_____ |
| | 19 c) Vehicle | $_____ |
| | 19 d) Worker's Compensation | $_____ |
| | 19 e) Other_____ | $_____    $_____ |
| 20. | Taxes: | |
| | 20 a) Payroll | $_____ |
| | 20 b) Sales | $_____ |
| | 20 c) Other | $_____    $_____ |
| 21. | Total Expenses (add lines 6-20) | $ 574 |

TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)    $ 576

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

Date __12/20/2017_____    Debtors: _____

# PROFIT & LOSS STATEMENT

Month __MAY__          Year __2017__

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales............................................................. | $ 6321 |
| 2. | Cost of Goods Sold: | |
| | 2a)    Purchases | $ _____ |
| | 2b)    Cost of Labor | $ _____ |
| | (do not include employee salaries) | |
| | 2c)    Materials & Supplies | $ _____      $ _____ |
| 3. | Gross Profit (subtract line 2 from line 1) | ............ $ _____ |
| 4. | Other Income | ............ $ _____ |
| 5. | Gross Income(add lines 3&4) | ............ $ 6,321 |

EXPENSES (do not list chapter 13 plan payment)

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease.......................................... | $ _____ |
| 7. | Salaries and Wages of Employees................................... | $ _____ |
| 8. | Employee Benefits........................................................... | $ _____ |
| 9. | Equipment Lease Payments............................................. | $ _____ |
| 10. | Secured Debt Payments.................................................. | $ _____ |
| 11. | Supplies (not included in 2(c))....................................... | $ 338 |
| 12. | Utilities............................................................................ | $ 45 |
| 13. | Telephone........................................................................ | $ 180 |
| 14. | Repairs & Maintenance................................................... | $ _____ |
| 15. | Miscellaneous Office Expense......................................... | $ 12 |
| 16. | Advertising....................................................................... | $ _____ |
| 17. | Travel & Entertainment................................................... | $ _____ |
| 18. | Professional Fees............................................................. | $ _____ |
| | Name_____ Purpose_____ | $ _____ |
| 19. | Insurance: | |
| | 19 a) Liability | $ _____ |
| | 19 b) Property | $ _____ |
| | 19 c) Vehicle | $ _____ |
| | 19 d) Worker's Compensation | $ _____ |
| | 19 e) Other_____ | $ _____      $ _____ |
| 20. | Taxes: | |
| | 20 a) Payroll | $ _____ |
| | 20 b) Sales | $ _____ |
| | 20 c) Other | $ _____      $ _____ |
| 21. | Total Expenses (add lines 6-20) | $ 575 |

TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)    $ 5,746

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

Date __12/28/2017__          Debtors: _____

## PROFIT & LOSS STATEMENT

Month __JUNE_____     Year __2017_____

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1.  Gross Receipts or Sales..............................................................$2,685
2.  Cost of Goods Sold:
    - 2a)    Purchases                                    $_____
    - 2b)    Cost of Labor                                $_____
      (do not include employee salaries)
    - 2c)    Materials & Supplies        $_____     $_____
3.  Gross Profit (subtract line 2 from line 1) ..................................$_____
4.  Other Income ...........................................................................$_____
5.  Gross Income(add lines 3&4) .................................................$2,685

EXPENSES (do not list chapter 13 plan payment)

6.  Business Property Rent/Lease...............................................$_____
7.  Salaries and Wages of Employees.........................................$_____
8.  Employee Benefits................................................................$_____
9.  Equipment Lease Payments...................................................$_____
10. Secured Debt Payments.......................................................$_____
11. Supplies (not included in 2(c))..............................................$1279
12. Utilities.................................................................................$45
13. Telephone.............................................................................$180
14. Repairs & Maintenance........................................................$_____
15. Miscellaneous Office Expense..............................................$166
16. Advertising...........................................................................$57
17. Travel & Entertainment........................................................$_____
18. Professional Fees.................................................................$_____
    Name_____ Purpose_____
19. Insurance:
    - 19 a) Liability                 $_____
    - 19 b) Property                 $_____
    - 19 c) Vehicle                  $_____
    - 19 d) Worker's Compensation    $_____
    - 19 e) Other_____        $_____      $_____

20. Taxes:
    - 20 a) Payroll                  $_____
    - 20 b) Sales                    $_____
    - 20 c) Other                    $_____      $_____

21. Total Expenses (add lines 6-20)                        $1727

TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)    $~~1000~~ 958

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.
Date__12/28/2017_____     Debtors: _T Smur_____

## PROFIT & LOSS STATEMENT

Month __JULY__    Year __2017__

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1. Gross Receipts or Sales.................................................................. $ 5,150
2. Cost of Goods Sold:
   - 2a)   Purchases            $_____
   - 2b)   Cost of Labor         $_____
     (do not include employee salaries)
   - 2c)   Materials & Supplies   $_____      $_____
3. Gross Profit (subtract line 2 from line 1) ................................ $_____
4. Other Income ................................................................ $_____
5. Gross Income(add lines 3&4) ............................................ $ 5,150

EXPENSES (do not list chapter 13 plan payment)

6. Business Property Rent/Lease.......................................... $_____
7. Salaries and Wages of Employees.................................... $_____
8. Employee Benefits............................................................ $_____
9. Equipment Lease Payments.............................................. $_____
10. Secured Debt Payments................................................... $_____
11. Supplies (not included in 2(c))......................................... $_____
12. Utilities............................................................................ $ 45
13. Telephone......................................................................... $ 180
14. Repairs & Maintenance..................................................... $_____
15. Miscellaneous Office Expense.......................................... $ 36
16. Advertising....................................................................... $_____
17. Travel & Entertainment................................................... $_____
18. Professional Fees.............................................................. $ 325
    Name __MLS SYSTEM__    Purpose __REAL ESTATE MARKETING__   $_____
19. Insurance:
    - 19 a) Liability              $_____
    - 19 b) Property            $_____
    - 19 c) Vehicle             $_____
    - 19 d) Worker's Compensation  $_____
    - 19 e) Other_____       $_____      $_____

20. Taxes:
    - 20 a) Payroll             $_____
    - 20 b) Sales               $_____
    - 20 c) Other               $_____      $_____

21. Total Expenses (add lines 6-20)                    $ 586

TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)   $ 4,564

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date __12/28/2017__                    Debtors: __/S____

## PROFIT & LOSS STATEMENT

Month __AUG_____     Year __2017_____

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1. Gross Receipts or Sales.................................................................$ 577
2. Cost of Goods Sold:                                        $_____
   2a)    Purchases                                           $_____
   2b)    Cost of Labor                                       $_____
          (do not include employee salaries)
   2c)    Materials & Supplies                                $_____        $_____
3. Gross Profit (subtract line 2 from line 1) ..........................$_____
4. Other Income .................................................................$_____
5. Gross Income(add lines 3&4) ..........................................$ 577

EXPENSES (do not list chapter 13 plan payment)

6. Business Property Rent/Lease............................................$_____
7. Salaries and Wages of Employees.....................................$_____
8. Employee Benefits...........................................................$_____
9. Equipment Lease Payments...............................................$_____
10. Secured Debt Payments....................................................$_____
11. Supplies (not included in 2(c))..........................................$ 544
12. Utilities.........................................................................$ 53
13. Telephone.....................................................................$ 179
14. Repairs & Maintenance...................................................$_____
15. Miscellaneous Office Expense..........................................$ 32
16. Advertising....................................................................$_____
17. Travel & Entertainment...................................................$_____
18. Professional Fees...........................................................$_____
    Name_____ Purpose_____
19. Insurance:
    19 a) Liability                    $_____
    19 b) Property                     $_____
    19 c) Vehicle                      $_____
    19 d) Worker's Compensation        $_____
    19 e) Other_____             $_____        $_____

20. Taxes:
    20 a) Payroll                      $_____
    20 b) Sales                        $_____
    20 c) Other                        $_____        $_____

21. Total Expenses (add lines 6-20)                        $ 808

TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)   $ (231)

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date __12/28/2017_____          Debtors: _____

# PROFIT & LOSS STATEMENT

Month _SEPT_    Year _2017_

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1. Gross Receipts or Sales............................................................ $ 3,250
2. Cost of Goods Sold:                                               $_____
   2a)    Purchases                                                  $_____
   2b)    Cost of Labor                                              $_____
          (do not include employee salaries)
   2c)    Materials & Supplies                                       $_____      $_____
3. Gross Profit (subtract line 2 from line 1) ...................................$_____
4. Other Income .............................................................$_____
5. Gross Income(add lines 3&4) .............................................$ 3,250

EXPENSES (do not list chapter 13 plan payment)

6. Business Property Rent/Lease............................................ $_____
7. Salaries and Wages of Employees........................................ $_____
8. Employee Benefits....................................................... $_____
9. Equipment Lease Payments.............................................. $_____
10. Secured Debt Payments................................................. $_____
11. Supplies (not included in 2(c))......................................... $ 64
12. Utilities................................................................ $ 53
13. Telephone.............................................................. $ 179
14. Repairs & Maintenance................................................. $_____
15. Miscellaneous Office Expense........................................... $_____
16. Advertising............................................................ $_____
17. Travel & Entertainment................................................ $_____
18. Professional Fees...................................................... $_____
    Name_____ Purpose_____                               $_____
19. Insurance:
    19 a) Liability                                   $_____
    19 b) Property                                    $_____
    19 c) Vehicle                                     $_____
    19 d) Worker's Compensation                       $_____
    19 e) Other_____                           $_____        $_____

20. Taxes:
    20 a) Payroll                                     $_____
    20 b) Sales                                       $_____
    20 c) Other                                       $_____        $_____

21. Total Expenses (add lines 6-20)                        $ 296

    TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)   $ 2,954

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date _12/28/2017_                    Debtors: _____

# PROFIT & LOSS STATEMENT

Month __OCT__    Year __2017__

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales............................................................. | $ 0 |
| 2. | Cost of Goods Sold: | |
| | 2a)    Purchases | $ _____ |
| | 2b)    Cost of Labor | $ _____ |
| | (do not include employee salaries) | |
| | 2c)    Materials & Supplies | $ _____    $ _____ |
| 3. | Gross Profit (subtract line 2 from line 1) | $ _____ |
| 4. | Other Income | $ _____ |
| 5. | Gross Income(add lines 3&4) | $ 0 |

EXPENSES (do not list chapter 13 plan payment)

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease................................................... | $ _____ |
| 7. | Salaries and Wages of Employees............................................. | $ _____ |
| 8. | Employee Benefits.................................................................... | $ _____ |
| 9. | Equipment Lease Payments....................................................... | $ _____ |
| 10. | Secured Debt Payments............................................................ | $ _____ |
| 11. | Supplies (not included in 2(c))................................................... | $ 288 |
| 12. | Utilities..................................................................................... | $ 53 |
| 13. | Telephone................................................................................. | $ _____ |
| 14. | Repairs & Maintenance.............................................................. | $ _____ |
| 15. | Miscellaneous Office Expense.................................................... | $ 36 |
| 16. | Advertising................................................................................ | $ _____ |
| 17. | Travel & Entertainment.............................................................. | $ _____ |
| 18. | Professional Fees..................................................................... | $ 329 |
| | Name __MLS SYSTEM__    Purpose __REAL ESTATE MARKETING__ | $ _____ |
| 19. | Insurance: | |
| | 19 a) Liability | $ _____ |
| | 19 b) Property | $ _____ |
| | 19 c) Vehicle | $ _____ |
| | 19 d) Worker's Compensation | $ _____ |
| | 19 e) Other _____ | $ _____    $ _____ |
| 20. | Taxes: | |
| | 20 a) Payroll | $ _____ |
| | 20 b) Sales | $ _____ |
| | 20 c) Other | $ _____    $ _____ |

21. Total Expenses (add lines 6-20)        $ 706

TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)    $ (706)

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

Date __12/28/2017__        Debtors: _____

## PROFIT & LOSS STATEMENT

Month __NOV__    Year __2017__

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1. Gross Receipts or Sales.................................................................... $ _6282_
2. Cost of Goods Sold:
   - 2a)    Purchases                        $ _____
   - 2b)    Cost of Labor                    $ _____
     (do not include employee salaries)
   - 2c)    Materials & Supplies             $ _____        $ _____
3. Gross Profit (subtract line 2 from line 1)                   .....................$ _____
4. Other Income                                                 .....................$ _____
5. Gross Income(add lines 3&4)                                  .....................$ _____

EXPENSES (do not list chapter 13 plan payment)

6. Business Property Rent/Lease............................................ $ _____
7. Salaries and Wages of Employees..................................... $ _____
8. Employee Benefits.............................................................. $ _____
9. Equipment Lease Payments................................................ $ _____
10. Secured Debt Payments...................................................... $ _____
11. Supplies (not included in 2(c))........................................... $ _395_
12. Utilities.............................................................................. $ _54_
13. Telephone.......................................................................... $ _249_
14. Repairs & Maintenance...................................................... $ _____
15. Miscellaneous Office Expense............................................ $ _25_
16. Advertising......................................................................... $ _____
17. Travel & Entertainment...................................................... $ _____
18. Professional Fees............................................................... $ _____
    Name _____ Purpose _____ $ _____
19. Insurance:
    - 19 a) Liability                    $ _____
    - 19 b) Property                     $ _____
    - 19 c) Vehicle                      $ _____
    - 19 d) Worker's Compensation        $ _____
    - 19 e) Other_____            $ _____        $ _____

20. Taxes:
    - 20 a) Payroll                      $ _____
    - 20 b) Sales                        $ _____
    - 20 c) Other                        $ _____        $ _____

21. Total Expenses (add lines 6-20)                  $ _723_

TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)   $ _5,559_

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date___12/28/2017_____        Debtors: _____

## PROFIT & LOSS STATEMENT

Month __DEC__        Year __2017__

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales................................................................ | $ 3,100 |
| 2. | Cost of Goods Sold: | $_____ |
| | 2a)    Purchases | $_____ |
| | 2b)    Cost of Labor | $_____ |
| | (do not include employee salaries) | |
| | 2c)    Materials & Supplies | $_____        $_____ |
| 3. | Gross Profit (subtract line 2 from line 1) | $_____ |
| 4. | Other Income | $_____ |
| 5. | Gross Income(add lines 3&4) | $ 3,100 |

EXPENSES (do not list chapter 13 plan payment)

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease...................................................... | $_____ |
| 7. | Salaries and Wages of Employees............................................... | $_____ |
| 8. | Employee Benefits....................................................................... | $_____ |
| 9. | Equipment Lease Payments.......................................................... | $_____ |
| 10. | Secured Debt Payments............................................................. | $_____ |
| 11. | Supplies (not included in 2(c))................................................... | $ 100 |
| 12. | Utilities..................................................................................... | $_____ |
| 13. | Telephone................................................................................. | $ 217 |
| 14. | Repairs & Maintenance.............................................................. | $_____ |
| 15. | Miscellaneous Office Expense..................................................... | $_____ |
| 16. | Advertising................................................................................ | $_____ |
| 17. | Travel & Entertainment.............................................................. | $_____ |
| 18. | Professional Fees....................................................................... | $ 1499 |
| | Name __MOSS & ASSOCIATES__ Purpose __CHAPTER 13 FILING__ | $_____ |
| 19. | Insurance: | |
| | 19 a) Liability | $_____ |
| | 19 b) Property | $_____ |
| | 19 c) Vehicle | $_____ |
| | 19 d) Worker's Compensation | $_____ |
| | 19 e) Other_____ | $_____        $_____ |
| 20. | Taxes: | |
| | 20 a) Payroll | $_____ |
| | 20 b) Sales | $_____ |
| | 20 c) Other | $_____        $_____ |
| 21. | Total Expenses (add lines 6-20) | $ 1,816 |
| | TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5) | $ 1,284 |

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

Date __12/28/2017__        Debtors: _____

JAN 2018

PROJECTED BUSINESS INCOME AND EXPENSES
FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE
INFORMATION DIRECTLY RELATED TO THE BUSINESS OPERATION

Part A:      ESTIMATED AVERAGE FUTURE GROSS
             1. Gross Monthly Income:                          $ ~~~~~~ 5000

Part B:      ESTIMATED FUTURE MONTHLY EXPENSES
             2.  Net Employee Payroll (other than debtor)      $ _____
             3.  Payroll Taxes                                 $ _____
             4.  Unemployment Taxes                            $ _____
             5.  Worker's Compensation                         $ _____
             6.  Other Taxes                                   $ _____
             7.  Inventory Purchases (including raw materials) $ 500
             8.  Purchase of Feed/Fertilizer/Seed/Spray        $ _____
             9.  Rent (Other than debtor's principal residence) $ _____
             10. Utilities                                     $ 300
             11. Office Expenses and Supplies                  $ 25
             12. Repairs and Maintenance                       $ 50
             13. Vehicle Expenses                              $ 600
             14. Travel and Entertainment                      $ _____
             15. Equipment Rental and Leases                   $ _____
             16. Legal/Accounting/Other Professional Fees      $ _____
             17. Insurance                                     $ _____
             18. Employee Benefits (ex: pension, medical, etc) $ _____
             19. Payment to be Made Directly by Debtor to
                 Secured Creditors for Pre-Petition Business
                 Debtors (Specify):                            $ _____
             20. Other (Specify):                              $ _____
                 TOTAL MONTHLY EXPENSES
                 (Add items 2-20)                              $ 1475

Part C:      ESTIMATED AVERAGE NET MONTHLY INCOME:

             Average Net Monthly Income
             (Subtract item 21 from item I)                    $ 3525

_____
Signature

12/28/2017
_____
Date

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Tony Phillip Smith** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **18-00252** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | **If not included in line 4:** | | |
| | 4a.   Real estate taxes | 4a. $ | 25.00 |
| | 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 25.00 |
| | 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 25.00 |
| | 4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Tony Phillip Smith** | Case number (if known) | **18-00252** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 150.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 59.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 150.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 150.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 75.00 |
| 10. | **Personal care products and services** | 10. $ | 75.00 |
| 11. | **Medical and dental expenses** | 11. $ | 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 25.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 100.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: **AUTO PROPERTY TAXES** | 16. $ | 5.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | $ | 0.00 |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 1,064.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 1,064.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 2,237.33 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 1,064.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 1,173.33 |
| 24. | **Do you expect an increase or decrease in your expenses within the year after you file this form?** | | |
| | For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage? | | |
| | ■ No. | | |
| | ☐ Yes. | Explain here: **DEBTOR IS PRESENTLY WORKING ON A LOAN MODIFICATION.** | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tony Phillip Smith** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-00252** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Tony Phillip Smith**          X _____
**Tony Phillip Smith**                      Signature of Debtor 2
Signature of Debtor 1

Date **February 20, 2018**               Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tony Phillip Smith** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 18-00252 |
| (if known) | |

☐ Check if this is an
   amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☐  Married
    ☑  Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☑  No
    ☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☑  No
    ☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐  No
    ☑  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$5,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | | ☐ Operating a business | |

| Debtor 1 | Tony Phillip Smith | Case number *(if known)* | 18-00252 |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $32,905.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $74,737.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐  No.    Go to line 7.
☐  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■  No.    Go to line 7.
☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Tony Phillip Smith** | Case number (*if known*) | **18-00252** |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **SETERUS V TONY PHILLIP SMITH 2017CP3203913** | **FORECLOSURE** | **LEXINGTON COUNTY MASTER IN EQUITY 139 MAIN STREET Lexington, SC 29072** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **BB&T V TONY PHILLIP SMITH 2014CP3200358** | **CIVIL** | **LEXINGTON COUNTY CLERK OF COURT 205 EAST MAIN STREET ATTN: BETH CARRIGG Lexington, SC 29072** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**JUDGMENT** |
| **BB&T V TONY PHILLIP SMITH 2013CP3201542** | **CIVIL** | **LEXINGTON COUNTY CLERK OF COURT 205 EAST MAIN STREET ATTN: BETH CARRIGG Lexington, SC 29072** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**JUDGMENT** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

| Debtor 1 | **Tony Phillip Smith** | Case number *(if known)* | **18-00252** |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MOSS & ASSOCIATES, ATTORNEYS P.A.**<br>**816 ELMWOOD AVENUE**<br>**COLUMBIA, SC 29201** | **ATTORNEYS FEES: $1,189.00**<br>**FILING FEE: $310.00** | **JANUARY 2018** | **$1,499.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Tony Phillip Smith**                                                          Case number (*if known*)    **18-00252**

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **CC ADVISING, INC. 730 WASHINGTON AVE. SUITE 230-D Bay City, MI 48708-5732** | **CREDIT COUNSELING: $9.76** | **FEBRUARY 2018** | **$9.76** |

17.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18.  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **TOME BECKER UNKNOWN NONE** | **2014 ZERO SR 11.4 MOTORCYCLE, VALUE ($6,500)** | **DEBTOR RECEIVED ($6,500) FOR SALE OF MOTORCYCLE, WHICH WAS USED FOR HOUSEHOLD EXPENSES AND OTHER BILLS, NAMELY BACK PAYMENTS TO SETERUS** | **MAY 2017** |

19.  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Tony Phillip Smith**                                                     Case number *(if known)*   **18-00252**

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes.  Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Debtor 1    **Tony Phillip Smith**                                    Case number *(if known)*   **18-00252**

---

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies.  Go to Part 12.

   ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **TS REAL ESTATE SERVICES**<br>**630 SMITH POND ROAD**<br>**Lexington, SC 29072** | **BUSINESS IS A SOLE PROPRIETORSHIP OPERATING AS A REAL ESTATE BROKER. BUSINESS WAS STARTED IN FEBRUARY 2003 AND STILL IN OPERATIONS.  BUSINESS DOES NOT HAVE ANY OTHER EMPLOYEES OR ACCOUNTS RECEIVABLE.  THE BUSINESS DOES NOT HAVE INVENTORY BUT DOES HAVE TOOLS OF THE TRADE AS LISTED IN SCHEDULE A/B.** | EIN:    9928<br><br>From-To   **FEBRUARY 2002 TO PRESENT** |
| **PATHFINDER ATV LLC**<br>**109 SOUTHHAMPTON COURT**<br>**Blacksburg, VA 24060** | **BUSINESS IS A LIMITED LIABILITY COMPANY OPERATING AS AN ELECTRIC ATV BUSINESS.  BUSINESS WAS STARTED IN JUNE 2012 AND STILL OPEN BUT NOT IN OPERATION.  BUSINESS IS LISTED WITH VIRGINIA SECRETARY OF STATES OFFICE. DEBTOR HAS A BUSINESS AGREEMENT WITH GEORGE DAVID NAUGHTON, WHO IS THE REGISTERED AGENT FOR THIS BUSINESS.** | EIN:    9928<br><br>From-To   **JUNE 2012 TO PRESENT** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Tony Phillip Smith | Case number *(if known)* | 18-00252 |
|---|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

<br>

**Part 12:** | **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Tony Phillip Smith**
_____          _____
**Tony Phillip Smith**                                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **February 20, 2018**                        Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy